UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x

THE IDLER COMPANY, INC.

                                                Civil Action No.
             Plaintiff,         3:09-CV-00698-JCH

v.

SPLINTERNET HOLDINGS, INC.,
VIDIATION, INC., VIDIATION, LLC,
FRANK O'CONNOR and
JAMES C. ACKERLY,

                                                JUNE 8, 2010
             Defendants.

------------------------------------

## CROSS COMPLAINT OF DEFENDANTS SPLINTERNET HOLDINGS, INC., VIDIATION, INC. AND JAMES C. ACKERLY AGAINST DEFENDANT FRANK O'CONNOR

Pursuant to FRCP Rule 13(g), Defendants Splinternet Holdings, Inc., Vidiation, Inc., and James C. Ackerly, by their attorneys, allege as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties and the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

2. The Plaintiff, The Idler Company, Inc., has brought an action against Splinternet Holdings, Inc., Vidiation, Inc., and James C. Ackerly for various securities law violations, breach of contract,

rescission, and unjust enrichment in connection with the offering of securities and stock.

3. Plaintiff paid Defendants Frank O'Connor and Vidiation, LLC a sum of $100,000.00 for equity securities prior to any involvement by Vidiation, Inc., Splinternet Holdings, Inc., and James C. Ackerly.

4. The sole actor in each and every one of the Plaintiff's dealings with the purchase of any kind of security or stock relating to Vidiation, LLC, Vidiation, Inc., and/or Splinternet Holdings, Inc. was Defendant Frank O'Connor, who acted independently with the Plaintiff's representative and without the knowledge or consent of Defendants Vidiation, Inc., Splinternet Holdings, Inc., or James C. Ackerly.

5. Defendants Vidiation, Inc., Splinternet Holdings, Inc., and James C. Ackerly had no way to know that Defendant Frank O'Connor had been making false and misleading statements to the Plaintiff with regard to the $100,000.00 investment the Plaintiff made with Defendant Frank O'Connor and Defendant Vidiation, LLC, which was made prior to any involvement by Vidiation, Inc., Splinternet Holdings, Inc., or James C. Ackerly.

6. Defendants Vidiation, Inc., Splinternet Holdings, Inc., and James C. Ackerly acted in good faith at all times and relied on the representations of Defendant Frank O'Connor with regard to their acquisition of Vidiation, LLC.

7. Defendants Vidiation, Inc., Splinternet Holdings, Inc., and James C. Ackerly are entitled to indemnification by Defendant Frank O'Connor should

any or all of the claims made by the Plaintiff result in a judgment against Defendants Vidiation, Inc., Splinternet Holdings, Inc., and/or James C. Ackerly

WHEREFORE, Defendants Vidiation, Inc., Splinternet Holdings, Inc., and James C. Ackerly respectfully requests that the Court enter judgment as follows:

1. Defendant Frank O'Connor shall indemnify and hold Defendants Vidiation, Inc., Splinternet Holdings, Inc., and James C. Ackerly harmless with regard to any and all claims made by the Plaintiff;

2. Monetary damages;

3. Costs and expenses incurred in defending this action, including attorneys' fees and costs, as well as experts' fees; and

4. Any other relief in law or equity that the Court deems just and proper.

DEFENDANTS
SPLINTERNET HOLDINGS, INC.;
VIDIATION, INC.; AND
JAMES C. ACKERLY

By: /s/ J. Michael Sconyers
J. Michael Sconyers
Ackerly Brown LLP
782 Bantam Road
P.O. Box 815
Bantam, CT 06750
860-567-0828
CT08476

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2010, a copy of the foregoing Cross Complaint of Defendants Splinternet Holdings, Inc., Vidiation, Inc. and James C. Ackerly Against Defendant Frank O'Connor was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I hereby further certify that on this 8th day of June, 2010, I caused a true copy of the foregoing Cross Complaint of Defendants Splinternet Holdings, Inc., Vidiation, Inc. and James C. Ackerly Against Defendant Frank O'Connor to be served on Mr. Frank O'Connor, President and CEO, Vidiation, LLC, 830 West Main Street, Suite 345, Lake Zurich, Illinois 60047, by First Class, U.S. Mail, postage prepaid.

        DEFENDANTS
        SPLINTERNET HOLDINGS, INC.;
        VIDIATION, INC.; AND
        JAMES C. ACKERLY

        By: /s/ J. Michael Sconyers
        J. Michael Sconyers [ct 08476]
        Ackerly Brown LLP
        782 Bantam Road
        P.O. Box 815
        Bantam, CT 06750
        Phone: 860-567-0828
        Fax: 860-567-5844
        E-mail: jmsconyers@ackerlybrown.com

\\server1\company$\CLIENTS\A-F\Ackerly,JC\U.S. District Court\CrossComplaint.doc