UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------

| | |
|---|---|
| THE IDLER COMPANY, INC., | Civil Action No. |
| | 3:09-cv-698 (JCH/HBF) |
| Plaintiff, | |
| | |
| -v- | |
| | |
| SPLINTERNET HOLDINGS, INC., VIDIATION, INC., VIDIATION, LLC, FRANK O'CONNOR and JAMES C. ACKERLY, | |
| | |
| Defendants. | September 21, 2011 |

---------------------------------------------------------------

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Idler Company, Inc. ("Idler") and Defendants Frank O'Connor and Vidiation, LLC (as referred to herein, together Mr. O'Connor and Vidiation, LLC are the "O'Connor Defendants") hereby stipulate that the claims asserted in the First Amended Complaint by Idler against the O'Connor Defendants are voluntarily dismissed with prejudice.

| Plaintiff, | Defendants, |
|---|---|
| THE IDLER COMPANY, INC. | FRANK O'CONNOR AND |
| | VIDIATION, LLC |
| | |
| /s/ Jill M. O'Toole | /s/ Frank O'Connor |
| Jill M. O'Toole (Fed. Bar No. ct27116) | Frank O'Connor (*Pro se*) |
| SHIPMAN & GOODWIN LLP | President and Chief Executive Officer |
| One Constitution Plaza | Vidiation, LLC |
| Hartford, Connecticut 06103-1919 | 108 South Wynstone Park Drive |
| Tel.: (860) 251-5000 | Suite 114 |
| Fax: (860) 251-5218 | North Barrington, IL 60010 |
| Email: jotoole@goodwin.com | Tel: (224) 633-1261 |
| Attorneys for Plaintiff The Idler Company, Inc. | Email: foconnor@espsensors.com |

**SO ORDERED:**

Dated:_____    _____
                                 The Honorable Janet C. Hall
                                 United States District Judge


# CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2011, I electronically filed the foregoing Stipulation of Voluntary Dismissal With Prejudice with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF participants in this case:

J. Michael Sconyers
Ackerly Brown LLP
782 Bantam Road
P.O. Box 815
Bantam, CT 06750-0815

For Defendants Splinternet Holdings, Inc., Vidiation, Inc.,
and Mr. James C. Ackerly

Mr. Frank O'Connor
President and Chief Executive Officer
Vidiation, LLC
108 South Wynstone Park Drive, Suite 114
North Barrington, IL 60010

For Defendants Mr. Frank O'Connor
and Vidiation, LLC


                                                      /s/ Jill M. O'Toole