UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IDLER CO. INC.

v.  3:09-cv-00698 (JCH)

SPLINTERNET HOLDINGS, INC.
VIDIATION, INC.
VIDIATION, LLC
FRANK O'CONNOR, and
JAMES C. ACKERLY

<u>Cross Claimant</u>
VIDIATION INC.

<u>Cross Claimant</u>
SPLINTERNET HOLDINGS, INC.

<u>Cross Claimant</u>
JAMES C. ACKERLY

v.

<u>Cross Defendant</u>
FRANK O'CONNOR

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge as a result of Stipulation for Judgment on Cross Claims and Stipulation of Dismissal.

The Court has reviewed all of the papers filed in this matter and on January 13, 2011, approved and so ordered Stipulation of Dismissal dismissing claims against defendants Splinternet Holdings, Inc., Vidiation, Inc., and James C. Ackerly. In addition, after settlement conference on the record, on August 3, 2011, the court approved Stipulation for Judgment, against Frank O'Connor, in favor of cross claimants Vidiation, Inc., Splinternet Holdings, Inc. and James C. Ackerly, in the amount of $400,000.00,

Entered on docket _____

payable to defendant James C. Ackerly, plus simple interest of ten percent per year pursuant to C.G.S. Section 37-3a, beginning August 3, 2011.  Furthermore, Stipulation of Dismissal, dismissing claims against defendants Frank O'Connor and Vidiation, LLC, was approved and so ordered by the court on September 22, 2011.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in the amount of $400,000.00, plus interest, for the cross-claimant, James C. Ackerly, against cross-claim defendant, Frank O'Connor, pursuant to terms set forth in Stipulation for Judgment (Doc. No. 82), and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of September, 2011.

          Robin D. Tabora, Clerk


          By /s/ Bernadette J. DeRubeis
            Deputy Clerk